83,944-01

8/25/15

THE STATE OF TEXAS
COUNTY OF BEXAR

v

IN RE

MATTHEW JAMAL JACKSON

RE: 04-15-00370-CR

CAUSE NO. 2014-CR-0148

4th Court of Appeals
Criminal Court

> > > > > > > >

Original Mandamus Proceeding
No. 04-15-00370-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 24 2015
Abel Acosta, Clerk

NOTICE OF APPEAL

Pursuant to Rule 3(a), Fed. R. App. P

Notice is hereby given that Karen Angelini, Justice, Marialyn Barnard, Justice, Rebeca C. Martinez, Justice Judges in the above named case, hereby appeal from the order enter in this action on the 21 day of August, 2015.

Respectfully Submitted

Matthew Jamal Jackson

SID# 1018145